UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
O'DONNELL, GAYLE M.
              Debtor(s)        Case No.  17-11276 JKF

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Pursuant to Fed. R. Bankr. P. 9019, Terry P. Dershaw, Trustee ("the Trustee") has filed a Motion for Approval of Settlement With the debtor relating to a personal injury claim of the debtor.

Pursuant to the settlement, Aspen Specialty Insurance Company has agreed to settle the pending personal injury claim against Defendants The 700, Porcelain Bunny, Inc. and Meat's Inc. with the Trustee for $14,250.00 ("the Settlement Amount") . The Settlement is subject to Bankruptcy Court approval.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before   you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

    Office of the Clerk of Court
    United States Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to:

    Terry P. Dershaw
    P.O. Box 556
    Warminster, PA 18974

    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

2. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on **December 13, 2017**   at  **9:30 a.m.**   in Courtroom # **3** United States

       Bankruptcy Court, 900 Market Street, Philadelphia, PA.

3. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: November 17, 2017

/s/   Terry P. Dershaw
Terry P. Dershaw
P.O. Box 556
Warminster, PA 18974

Tele: (484) 897-0341